**POWERS v CINCINNATI (city) et**

Ohio Appeals, 1st Dist, Hamilton Co

Decided May 15, 1933

Truman A. Herron, Cincinnati, for plaintiff in error.

John D. Ellis, City Solicitor, Cincinnati, and Henry Bruestle, Cincinnati, for City and Clarence A. Dykstra.

Maxwell & Ramsey, Cincinnati, and Gregor B. Moorman, Cincinnati, for Winston Bros. Co.

Dolle, O'Donnell & Cash, Cincinnati, Amicus Curiae.

For full opinion see 39 OLR 188; 187 NE 305; 45 Oh Ap 445.